157 A.3d 480

**Linda GLADZISZEWSKI, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PNC FINANCIAL SERVICES GROUP, INC.), Respondents**

**No. 140 WAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**